THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Genience
 Tinsley, Appellant.
 
 
 

Appeal From Spartanburg County
 Kenneth G. Goode, Circuit Court Judge
Unpublished Opinion No. 2009-UP-210
Submitted April 1, 2009  Filed May 18,
 2009    
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg,
 for Respondent.
 
 
 

PER CURIAM: Genience
 Tinsley appeals her guilty plea to eight counts of forgery, and sentence of
 eight concurrent five year terms, suspended upon the service of three years
 imprisonment and five years probation with the special condition of
 restitution.  Tinsley argues her guilty plea did not comply with the mandates
 set forth in Boykin v. Alabama, 395 U.S. 238 (1969).  After a thorough
 review of the record and counsels brief pursuant to Anders v. California,
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
Hearn,
 C.J., Pieper and
Lockemy, JJ., concur. 

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.